## Durham v. Chambers.

APPEAL from Jackson Circuit Court.
Tried before the Hon. A. H. ALSTON.

J. E. BROWN, for appellant.

TALLY & HACKWORTH and MARTIN & BOULDIN, for appellee.

This was an action brought by the appellant against the appellee, to recover damages for the breach of a contract. There were verdict and judgment for the defendant, from which the present appeal is prosecuted.

The judgment is affirmed.

Opinion by TYSON, J.

---

## Stokes *et al.* v. Lasseter.

APPEAL from Coffee Chancery Court.
Heard before the Hon. WILLIAM L. PARKS.

C. W. SIMMONS and SOLLIE & KIRKLAND, for appellants.

A. C. WORTHY, for appellee.

The bill in this case was filed by the appellee against the appellants to have cancelled and removed as a cloud upon complainant's title, two mortgages upon the ground that said mortgages were executed by the complainant to secure the debt of the husband.

Upon the final submission of the cause upon the pleadings and proof, the chancellor rendered a decree granting the relief prayed for. From this decree the defendants appeal, and assign the rendition thereof as error.

The decree is reversed, one is here rendered and the cause is remanded.